IN RE: JOSEPH         CASE NO. 09-11532

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

109
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding
JOSEPH, DAVID ARNOLD (09-11532 A)
92002221615566
COMBINED SMALL CHECK

TID # 380220

Date  11/01/2010

$ ***********5.83

~~~Five Dollars and 83/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆000000109⑆ ⑈043302493⑈ 92002221615566⑈

11/5/10
DEPOSIT TO 106000
UNCLAIMED UNDER $25.00.
DUE: SEE LETTER

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227843    - KW
* * C O P Y * *
November 05, 2010
     10:39:51

UNC.UNDER$25
09-11532
Debtor.: DAVID ARNOLD JOSEPH
Trustee: Aaron Caillouet
Amount.:            $5.83 CH
Check#.: 109

Total -> $5.83

FROM: CAILLOUET

Printed: 11/01/10 10:07 AM

Page: 1

## Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case:** 09-11532 - JOSEPH, DAVID ARNOLD

| Account No. | Check No. | Issued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| 9200222161515566 | 109 | 11/01/10 | | | | | | Check Amount: | $5.83 |
| | 1I | 03/15/10 | Clerk, U.S. Bankruptcy Court | 640 | Roundup Funding, LLC | 0.53 | 0.53 | 0.53 | 0.53 |
| | 3I | 03/23/10 | | 640 | Asset Acceptance | 1.11 | 1.11 | 1.11 | 1.11 |
| | 2PI | 03/17/10 | | 640 | LDRT | 2.09 | 2.09 | 2.09 | 2.09 |
| | 2UI | 03/17/10 | | 640 | LDRT | 0.50 | 0.50 | 0.50 | 0.50 |
| | 4PI | 04/02/10 | | 640 | Internal Revenue Service | 0.91 | 0.91 | 0.91 | 0.91 |
| | 4UI | 04/02/10 | | 640 | Internal Revenue Service | 0.69 | 0.69 | 0.69 | 0.69 |

(*) Denotes objection to Amount Filed